THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BROWN, Appellant.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 65 AD3d 1162.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LYNETTE CABAN, Respondent.

Submitted December 28, 2009; decided January 12, 2010

Reported below, 51 AD3d 455.

Motion by respondent to file a supplemental brief and appendix granted, two copies of the supplemental brief and appendix to be served and an original and 24 copies to be filed within seven days. Appellant may serve three copies and file an original and 24 copies of a reply brief on or before January 26, 2010.